AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the <u>Eastern</u> District of <u>Michigan</u> on the following

☐ Trademarks or        ☒ Patents.        ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:15-cv-10394-AJT-MKM | DATE FILED<br>January 29, 2015 | U.S. DISTRICT COURT<br>U.S. District Court, Eastern District of Michigan |
|---|---|---|
| PLAINTIFF<br>Ford Global Technologies, LLC | | DEFENDANT<br>New World International Inc., Auto Lighthouse Plus, LLC, and United Commerce Centers, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| D493,552 | Jul. 27, 2004 | Ford Global Technologies, LLC |
| D501,685 | Feb. 8, 2005 | Ford Global Technologies, LLC |
| D496,890 | Oct. 5, 2004 | Ford Global Technologies, LLC |
| D489,299 | May 4, 2004 | Ford Global Technologies, LLC |
| D493,753 | Aug. 3, 2004 | Ford Global Technologies, LLC |
| D498,444 | Nov. 16, 2004 | Ford Global Technologies, LLC |
| D501,162 | Jan. 25, 2005 | Ford Global Technologies, LLC |
| D510,551 | Oct. 11, 2005 | Ford Global Technologies, LLC |
| D539,448 | Mar. 27, 2007 | Ford Global Technologies, LLC |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1** – Upon initiation of action, mail this copy to Director        **Copy 3** – Upon termination of action, mail this copy to Director
**Copy 2** – Upon filing document adding patent(s), mail this copy to Director        **Copy 4** – Case file copy